CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 13 2006

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| STAR Y. GRIFFIN, ) | |
| ) | Civil Action No. 5:05-cv-00041 |
| Plaintiff, ) | |
| ) | |
| v. ) | **FINAL ORDER ADOPTING REPORT** |
| ) | **AND RECOMMENDATION** |
| ) | |
| JO ANNE BARNHART, ) | |
| Commissioner of Social Security, ) | By: Samuel G. Wilson |
| ) | United States District Judge |
| Defendant. ) | |

Plaintiff Star Y. Griffin brings this action challenging the final decision of the Commissioner of Social Security denying Griffin's claim for a period of disability, disability insurance benefits, and supplemental security income benefits under the Social Security Act. An Administrative Law Judge (ALJ) found that Griffin was capable of performing a significant range of light work and that there were a significant number of jobs available in the national economy which Griffin could perform. The Appeals Council denied review, and the Commissioner of Social Security adopted that opinion as her final decision. See 42 U.S.C. § 405(g). Griffin sought court review, and the court referred the matter to the United States Magistrate Judge, who has filed a report pursuant to 28 U.S.C. § 636(b)(1)(B), recommending that the court reverse the decision and recommit the case for further proceedings. The Commissioner filed timely objections. Having reviewed the report, the objections, and pertinent portions of the record, the court **ADOPTS** the Magistrate Judge's report in its entirety and **RECOMMITS** the matter to the Commissioner for further proceedings. This matter is **STRICKEN** from the active docket of the court.

ENTER: This 13th day of February 2006.

                                                       UNITED STATES DISTRICT JUDGE